# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE Northern DISTRICT OF Indiana
### Fort Wayne Division

(Full name of plaintiff(s))

Marcia Charlton

_____

_____

v.

(Full name of defendant(s))

Shellpoint Bank

a Division of NewRez

Bank of Amercia
Division one Mortgage Company
Amercia's Whole Sale Lender

**-FILED-**

MAY 24 2023

At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number:

**1:23CV207**

(to be supplied by clerk of court)

## A.     PARTIES

1.     Plaintiff is a citizen of **United States**, and is located at
(State)

2916 Weisser Park Fort Wayne IN. 46806-3791
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.     Defendant Shellpoint Bank Divison of NewRez
(Name)

is (if a person or private corporation) a citizen of _United States_____

(State, if known)

and (if a person) resides at _all address on paper work sent____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

This claim is under Elder Abuse and fraud These people Some How have put a mortgage on MRS Charelton Home and She Never Received any money for any loan. all her Bank loans for Home improvement have been paid off Some Time ago and These people at These Banks are Saying she owes all This money for a Mortgage she should Not Have all her loans for Home improvements are paid off. !!

This is all obsurd How can this even be possible? All This is Nothing more Than Scamming a ELderly Person and I Have sent TO you a list of Attys I have Written to with No Response from any of Them. Yes I am someone who is trying to help and have helped Many at This Time I am asking This Court appoint an attorney for Mrs Charelton and Run all This Down and get Rid of all This So called loans from These "Sharks!!" This is Wrong and it is Not allowed under law. This lady was at a Cash Checking place and Some scam artist came to her home and Talked her into signing a Mortage That she Never Recived a Dime.
Please Help her With a CIVIL Atty.

Complaint - 3

C.    JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want some one to help Mrs Charelton and appoint her a atty to get Rid of This Bogus Mortgage she Never Recived 10 Cents of money from Yes She Borrowed money for Home improvements and all These Companys are paid in full and These Notes are Done. Someone Needs to help her get This Mortgage Released and Voided. please she is 89 yrs Old This is Not What is Right it IS Wrong. please appoint Her an attorney -

Complaint - 4

E.    JURY DEMAND

☐  Jury Demand - I want a jury to hear my case

OR

☑  Court Trial – I want a judge to hear my case

Dated this ___22___ day of ___May___ 20_23_.

Respectfully Submitted,

_Marcia Charlton_
Signature of Plaintiff

_____

Marcia Charlton
2916 Weisser Park Ave Fort Wayne IN 46806-
(Mailing Address of Plaintiff)                                    -3791

(If more than one plaintiff, use another piece of paper).

F.    OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Marcia Charlton_
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.