UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MARCIA CHARLTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHELLPOINT BANK *et al.*,<br><br>　　　　Defendants. | CAUSE NO. 1:23-CV-207 DRL-SLC |

## ORDER

The court afforded Marcia Charlton leave to amend her complaint to become compliant with the federal rules by July 28, 2023 [ECF 4]. She was cautioned that failure to amend her claim would result in the dismissal of her case. *See Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003). As of today, she has not filed an amended complaint. Ms. Charlton may be able to bring her claims elsewhere, but she has not shown that the court has jurisdiction over the claims she initially posited here. Accordingly, the court DISMISSES without prejudice Ms. Charlton's case.

Ms. Charlton filed a motion requesting documents from the defendants on August 2, 2023 [ECF 6]. Because the court has dismissed the case, this motion is DENIED AS MOOT. Her motions to proceed *in forma pauperis* [ECF 2] and to appoint counsel [ECF 3] are also DENIED AS MOOT.

　　　　SO ORDERED.

　　　　August 9, 2023　　　　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court