# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARCIA CHARLTON

    Plaintiff

  v.

                                          Civil Action No.  1:23-cv-207

SHELLPOINT BANK, a Division of NewRez
BANK OF AMERICA
DIVISION ONE MORTGAGE COMPANY
AMERICA'S WHOLESALE LENDER

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R Leichty.

DATE: 8/10/2023                                  CHANDA J. BERTA, CLERK OF COURT

                                                             by   s/ M. Murray_____
                                                             *Signature of Clerk or Deputy Clerk*